**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ANTHONY VERGA

: No. 77 MAL 2015
:
:
:
v.

: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
WORKERS' COMPENSATION APPEAL   :
BOARD (R&L CARRIERS)               :
:
:
:
PETITION OF: R&L CARRIERS           :


## ORDER


**PER CURIAM**

    **AND NOW**, this 12th day of August, 2015, the Petition for Allowance of Appeal

and the Application for Supersedeas Pending Appeal are **DENIED**.